**Domenic J. IZZI et al.**

v.

**EMPLOYERS MUTUAL CASUALTY COMPANY et al.**

No. 80–14–A.

Supreme Court of Rhode Island.

Feb. 14, 1980.

Coia & Lepore, Ltd., Salvatore L. Romano, Jr., Providence, for plaintiffs.

William Gerstenblatt, Providence, for Employers Mutual Casualty Co.

Edmond A. DiSandro, Providence, for Frank Lancia.

## ORDER

The motion of defendant Employers Mutual Casualty Company for stay of the operation and effect of the Superior Court judgment requiring defendant to represent

plaintiffs in a pending civil action is denied without prejudice to defendant company's right to request a stay if it becomes liable to pay a money judgment before this appeal is concluded.

DORIS, J., did not participate.